UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 05-154 JVS (ANx) | Date | March 18, 2009 |
| Title | In re Matter of Ray Leslie Arntz | | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   <u>Order to Show Cause why Sanctions should not be Issued for Failure to Comply with Court's Order</u>

  On October 11, 2005, the Court vacated all deadlines and stayed discovery.  The Court further ordered "the parties shall file a joint report of the status of the state proceedings on or before February 15, 2006, and every 120 days thereafter."  As of today the Court has not received a joint status report Since November 4, 2008.

  The Court hereby orders the parties to show cause (OSC) , in writing, not later than March 27, 2009, why sanctions should not be issued for failure to file the required joint status report.   The Court will consider filing of the joint status report, on or before March 27, 2009,  as an appropriate response to this OSC.

+

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |