# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 05-154 JVS (ANx) |
| Date | July 31, 2009 |
| Title | In re Matter of Ray Leslie Arntz |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   <u>Order to Show Cause why Sanctions should not be Issued for Failure to Comply with Court's Order</u>

On October 11, 2005, the Court vacated all deadlines and stayed discovery. The Court further ordered "the parties shall file a joint report of the status of the state proceedings on or before February 15, 2006, and every 120 days thereafter." As of today the Court has not received a joint status report Since March 23, 2009.

The Court hereby orders the parties to show cause (OSC) , in writing, not later than August 14, 2009, why sanctions should not be issued for failure to file the required joint status report.   The Court will consider filing of the joint status report, on or before August 14, 2009  as an appropriate response to this OSC.

+

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |